**Order entered May 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00017-CR

### CLYDE EARL TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75930-P**

## ORDER

Before the Court is appellant's May 17, 2021 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on May 24, 2021.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE